IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>      v.<br><br>JEFFERY LEE ALLEN,<br><br>                                Defendant. | Case No. 3:10-cr-00154-HZ<br><br>**ORDER GRANTING JOINT MOTION TO REDUCE SENTENCE** |

HERNANDEZ, Chief District Judge:

       This matter is before the Court on the parties' joint motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served effective July 21, 2020. The Court concludes that the defendant does not pose a danger to any other person or the community. The U.S. Probation Office is currently reviewing a release plan for Mr. Allen, which includes a self-quarantine for 14 days upon arrival at the approved residence (subject to location monitoring at the discretion of U.S. Probation). Mr. Allen shall serve three months of supervised release, with the special condition of participation in drug and alcohol counseling. This sentence reduction is consistent with the currently applicable U.S. Sentencing Commission policy statements.

Page 1   ORDER GRANTING JOINT MOTION TO REDUCE SENTENCE

The Court therefore GRANTS the Joint Motion to Reduce Sentence.

IT IS HEREBY ORDERED that Defendant shall be released on July __21__, 2020, for travel to his approved release residence in Oregon. Upon his arrival at his approved residence, the defendant shall adhere to a 14-day quarantine period at the residence or at another location approved by the U.S. Probation Office, subject to location monitoring at the discretion of U.S. Probation, unless the U.S Probation Office authorizes interruption of the quarantine for urgent reasons.

IT IS FURTHER ORDERED that the defendant shall serve three months of supervised release with the standard conditions along with the special condition that the defendant participate in drug and alcohol counseling. An amended judgment and commitment order shall be prepared and entered forthwith in accordance with this decision.

Dated this __20__ day of July, 2020.

_____
Hon. Marco A. Hernández
United States District Court, Chief Judge